# EXHIBIT 2

```
 1        IN THE UNITED STATES DISTRICT COURT
 2    FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3                   - - -
 4    DONNA MOORE and          :  CASE NO.
      FRENCHOLA HOLDEN,        :  07-CU-04296
 5    Individually and on      :
      behalf of all others     :
 6    similarly situated       :
               v.              :
 7    GMAC MORTAGE, LLC,       :
      GMAC BANK and CAP RE     :
 8    OF VERMONT, INC.         :
 9
                   - - -
10
                June 23, 2008
11
                   - - -
12
13            Oral deposition of FRENCHOLA
14    HOLDEN taken pursuant to notice, was held
15    at the law offices of DURANT & DURANT,
16    LLP, Constitution Place, Suite 1116,
17    325 Chestnut Street, Philadelphia,
18    Pennsylvania, beginning at 10:10 a.m., on
19    the above date, before Kristina M. Young,
20    Certified Court Reporter and Notary
21    Public for the State of Pennsylvania.
22                 - - -
23            MAGNA LEGAL SERVICES
           Two Penn Center, Suite 910
24      Philadelphia, Pennsylvania 19102
```

FRENCHOLA HOLDEN

```
 1                    - - -
 2              (Whereupon a recess
 3         occurred.)
 4                    - - -
 5   BY MS. GARBERS:
 6         Q.    Are you ready, Ms. Holden?
 7         A.    Yes.
 8         Q.    Who did you ultimately
 9   obtain your loan from, for 2047 Bellmore?
10         A.    GMAC.
11         Q.    How did you pick GMAC as
12   your lender?
13         A.    We went for the real estate.
14   That's whose name came up as a lender.
15         Q.    So GMAC was suggested by
16   Mr. Meyers?
17         A.    I don't know.  When we went
18   for all the paperwork that's whose
19   name -- I think so.
20         Q.    In connection with
21   purchasing 2047 Bellmore, did you apply
22   for loans from any other bank?
23              MR. GYANDOH:  Objection to
24         the form.
```

```
1    loan?
2         A.    Yes.
3         Q.    Did you shop around for
4    interest rates?
5              MR. GYANDOH:  Objection.
6              You can answer.
7              THE WITNESS:  I don't
8         remember about interest rates.
9    BY MS. GARBERS:
10        Q.    Did you apply for any loans
11   that you didn't get?
12        A.    No.
13        Q.    Had you ever taken out a
14   loan from GMAC before?
15        A.    No.
16        Q.    What percent down did you
17   put when you purchased 2047 Bellmore?
18        A.    I believe it was less than
19   20 percent.
20        Q.    Did you consider putting
21   down a higher percentage?
22             MR. GYANDOH:  Objection to
23        the form of the question.
24             You can answer.
```

FRENCHOLA HOLDEN

```
 1   reinsurance?
 2              MR. GYANDOH:  Same
 3       objection.
 4              THE WITNESS:  No.
 5   BY MS. GARBERS:
 6       Q.     In connection with
 7   purchasing 2047 Bellmore, did you shop
 8   around for a mortgage insurance company?
 9              MR. GYANDOH:  Objection to
10       form.
11              Go ahead.
12              THE WITNESS:  No.
13   BY MS. GARBERS:
14       Q.     Why not?
15       A.     Because when I went for the
16   settlement they had the insurance -- they
17   had the insurance person on the
18   paperwork.
19       Q.     Who was that person?
20       A.     It said PMI.
21       Q.     Did you understand PMI to be
22   the company that was providing your
23   mortgage insurance?
24       A.     Yes.
```

FRENCHOLA HOLDEN

```
 1        Q.    Did you discuss that
 2   selection with anyone?
 3        A.    No.
 4        Q.    Did you care what mortgage
 5   insurance company was used?
 6              MR. GYANDOH:  Objection to
 7         form.
 8              Go ahead.
 9              THE WITNESS:  That's the
10         company that they told me, so
11         that's what I went with.  I didn't
12         know.
13   BY MS. GARBERS:
14        Q.    Did you have any objection
15   to using that company?
16              MR. GYANDOH:  Objection to
17         form.
18              Go ahead.
19              THE WITNESS:  No.
20   BY MS. GARBERS:
21        Q.    Would you do business with
22   GMAC again?
23              MR. GYANDOH:  Objection to
24         form.
```

```
 1   there's no indication that any mortgage
 2   insurance was paid at the settlement of
 3   your loan?  It's blank?
 4        A.   Yes.
 5        Q.   Is that in fact true, that
 6   there was no mortgage insurance paid at
 7   the settlement of your loan?
 8        A.   Yes.
 9             MS. GARBERS:  Could I have
10        this marked as next in order,
11        please?
12                  -  -  -
13        (Whereupon Holden-4 was
14        marked for identification.)
15                  -  -  -
16   BY MS. GARBERS:
17        Q.   Ms. Holden, the court
18   reporter has handed you what we've marked
19   as Holden Exhibit 4.
20             Do you recognize your
21   signature on Holden Exhibit 4?
22        A.   Yes.
23        Q.   On Holden Exhibit 4 there is
24   an estimate of a mortgage insurance
```

```
 1    payment of $104.03.  Do you see that?
 2         A.    Yes.
 3         Q.    Did that, in fact, turn out
 4    to be your monthly mortgage insurance
 5    payment?
 6         A.    Yes.
 7         Q.    Did you pay that mortgage
 8    insurance in connection with your monthly
 9    mortgage payments?
10         A.    I sent one payment in.
11         Q.    Every month?
12         A.    Yes.
13         Q.    For how much?
14         A.    $488.38.
15         Q.    And that $488.38 included
16    the $104.03 mortgage insurance payment?
17         A.    Yes.
18         Q.    The first time then that you
19    paid for mortgage insurance was when you
20    made your first mortgage payment after
21    closing your loan, correct?
22         A.    Yes.
23         Q.    It says, on Exhibit 4, that
24    your first payment was due on April 1st,
```

FRENCHOLA HOLDEN

```
 1   2007; is that right?
 2          A.    Yes.
 3          Q.    Is April 1st, 2007 then the
 4   first time that you made a payment for
 5   mortgage insurance?
 6          A.    Yes.
 7               MS. GARBERS:  Can I get this
 8          marked as next in order?
 9                     - - -
10               (Whereupon Holden-5 was
11          marked for identification.)
12                     - - -
13   BY MS. GARBERS:
14          Q.    Ms. Holden, the court
15   reporter just handed you what we marked
16   as Holden Exhibit 5.
17               Have you seen this document
18   before?
19          A.    Yes.
20          Q.    Specifically can I have you
21   turn to Page 3 and look through the
22   document requests on pages 3 through 5 of
23   Holden-5?
24          A.    (Witness complies).
```

FRENCHOLA HOLDEN

```
1                    CERTIFICATE
2
3
4          I HEREBY CERTIFY that the
   witness was duly sworn by me and that the
5  deposition is a true record of the
   testimony given by the witness.
6
           It was requested before
7  completion of the deposition that the
   witness, FRENCHOLA HOLDEN, have the
8  opportunity to read and sign the
   deposition transcript.
9
10                    Kristina M. Young
   _____
11         Kristina M. Young, CCR
12         Dated:  June 24, 2008
13
14
15
16
17         (The foregoing certification
18 of this transcript does not apply to any
19 reproduction of the same by any means,
20 unless under the direct control and/or
21 supervision of the certifying reporter.)
22
23
24
```

# GMAC
## Mortgage

Lender: GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation

Borrower(s): Frenchola Holden

Loan Number: Redacted

Closing Date: 02/08/2007

Loan Amount: $ 42,750.00

Property Address: 2047 East Bellmore Street, Philadelphia, PA 19134

## PAYMENT SCHEDULE

We appreciate the opportunity to help you with your home financing. The following is your mortgage payment schedule.

| | |
|---|---|
| Principal & Interest | $ 324.93 |
| Hazard Insurance (Estimate) | 41.75 |
| County Taxes (Estimate) | 17.67 |
| Mortgage Insurance (Estimate) | 104.03 |


CEA

| | |
|---|---|
| Total Monthly Payment | $ 488.38 |

The information provided for escrowed items are estimated. Once our Servicing Center performs their final review, your payment will be adjusted to show the actual amounts to be collected. Any changes will be reflected on your mortgage account statement.

Your payments are due on the first day of every month beginning April 1, 2007

Payments should be sent to:

GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation
P.O. Box 780, Waterloo, IA 50702-0780, ATTN: Payment Processing

Receipt is hereby acknowledged of a duplicate hereof.

*Frenchola Holden* — Borrower     2/8/07 — Date

_____ Borrower     _____ Date

_____ Borrower     _____ Date

_____ Borrower     _____ Date

GMACM - ACM.0318 (0306)   374397009

**EXHIBIT**
Holden - 4
KMY 6/29/08

**GMAC MORT 000001**