# EXHIBIT 9
# Garbers Declaration iso MSJ & Opp'n to Class Cert

# FILED UNDER SEAL