IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOORE, et al., <br>     Plaintiffs, <br><br> v. <br><br> GMAC MORTGAGE, et al., <br>     Defendants. | Civ. No. 7-4296 |

## ORDER

**AND NOW**, this 17th day of December, 2013, it is hereby **ORDERED** that a Preliminary Class Action Settlement Approval Hearing is scheduled for January 30, 2014 at 3:00 PM.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
Paul S. Diamond, J.