IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA MOORE, FRENCHOLA HOLDEN, and KEITH MCMILLON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>GMAC MORTGAGE, LLC, GMAC BANK and CAP RE OF VERMONT, INC.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 2:07-cv-04296-PD |

## ORDER

**AND NOW**, this 30th day of April, 2014, it is hereby **ORDERED** that my Order granting preliminary approval of the settlement in this case (Doc. No. 283) be amended such that the opt-out deadline set forth in Paragraph 12 is **August 12, 2014**.

　　　　　　　　　　　　　　　　　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　*/s/ Paul S. Diamond*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.