IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOORE, et al., : | |
|         Plaintiffs, : | |
| : | |
| v. : | Civ. No. 07-4296 |
| : | |
| GMAC MORTGAGE, et al., : | |
|         Defendants. : | |
| : | |

## FINAL JUDGMENT

On September 18, 2014, I granted Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and dismissed all claims against Defendants with prejudice. Pursuant to that settlement and Federal Rule of Civil Procedure 58, I hereby **ENTER** final judgment accordingly. The Clerk of Court shall close the file in this matter.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
October 9, 2014    Paul S. Diamond, J.